UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIRL SCOUTS OF MIDDLE TENNESSEE, INC. | )<br>)<br>) |
| v. | ) Civil Action No. 3:12-0575<br>) Judge Nixon/Knowles |
| GIRL SCOUTS OF THE UNITED STATES OF AMERICA, INC. | )<br>) |

### O R D E R

The Case Management Conference in this action previously set for March 5, 2013, at 10:00 a.m. is hereby rescheduled for **April 9, 2013, at 11:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge